Civil Action No. **1:22-CV-08932-MKV**

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Un Deux Trois, Inc.**
was recieved by me on **12/05/2022:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **Jane Doe**, who is designated by law to accept service of process on behalf of **Un Deux Trois, Inc.12/05/2022**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date:   12/05/2022

_____
*Server's signature*

**Raymond Ortega**
*Printed name and title*

**6535 marlow ave**
**Bell Gardens, CA 90201**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to an individual who refused to give their name who indicated they were the person authorized to accept. The individual accepted service with direct delivery. The individual appeared to be a black-haired Hispanic female contact 25-35 years of age, 5'8"-5'10" tall and weighing 160-180 lbs.**



